**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CITIZENS BANK OF RHODE ISLAND | : | [redacted] 05 2495 |
| VS. | : | C.A. NO. |
| QWEST COMMUNICATIONS CORPORATION | : | |

***NOTICE OF REMOVAL***

Defendant Qwest Communications Corporation, acting pursuant to 28 U.S.C. §1446(a) hereby removes this action to the Federal District Court for the District of Rhode Island. Original jurisdiction lies in said Court pursuant to 28 U.S.C. §1332. There is a complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

***CERTIFICATION***

TO: Steven E. Snow, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

I hereby certify that I mailed a true copy of the within Notice to the above counsel of record by first class mail, postage prepaid, on the 9th day of June, 2005.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITIZENS BANK OF RHODE ISLAND,<br><br>Plaintiff,<br><br>v.<br><br>QWEST COMMUNICATIONS CORPORATION,<br><br>Defendant. | Civil Action No. |

**PETITION FOR REMOVAL**

Defendant, Qwest Communications Corporation ("Qwest"), by and through its undersigned counsel, hereby gives notice of the removal of Citizens Bank of Rhode Island v. Qwest Communications Corporation from the Superior Court of the State of Rhode Island and Providence Plantations, in and for Providence County, to this Court. The grounds for removal are as follows.

**Grounds For Removal**

1. On or about May 20, 2005, plaintiff, Citizens Bank of Rhode Island ("Citizens Bank"), commenced this action in Providence County Superior Court.

2. On May 20, 2005, service of a Summons, Civil Cover Sheet, and Citizens Bank's Complaint for Declaratory Judgment was effected upon Qwest via its agent for service of process in Rhode Island.

3. Pursuant to 28 U.S.C. § 1446(a), attached hereto is a copy of all process and

pleadings served upon Qwest.

4. Fewer than 30 days have elapsed since Qwest received Citizens Bank's Complaint for Declaratory Judgment. This notice therefore is timely under 28 U.S.C. § 1446(b).

5. This Court has original jurisdiction of this action, pursuant to 28 U.S.C. § 1332(a)(1), because:

a. Citizens Bank is, and was at the time this action was commenced, a Rhode Island financial institution with its principal place of business in Providence, Rhode Island;

b. Qwest is, and was at the time this action was commenced, a Delaware corporation with a principal place of business in Denver, Colorado; and

c. The amount in controversy exceeds $75,000, exclusive or interest and costs, in that Citizens Bank seeks a declaratory judgment that, among other things, it has no obligation or liability to Qwest under a written contract with Qwest, and Qwest contends that it is owed over $800,000 on the written contract.

6. Because this Court has original jurisdiction of this action, it may be removed to this Court by Qwest.

7. Qwest will comply with the requirements of Local Rule 36 and General Order 2003-01.

WHEREFORE, Qwest gives notice of the removal of this action from Providence County Superior Court to this Court.

Dated: June 9, 2005

QWEST COMMUNICATIONS CORPORATION,

By its Attorneys,

JAMES H. REILLY #0658
DONALD MARONEY # 3737
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312

Of Counsel:

DAVID B. CHAFFIN
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES
SUPERIOR COURT CIVIL INFORMATION SYSTEM

PAGE 1
DATE 05/23/2005

DOCKET EVENT LISTING

CASE NO.: PC2005 2570 TYPE DECLARATORY JUDGEMENT
TITLE: CITIZENS BANK OF RHODE ISLAND V QWEST COMMUNICATIONS CORP
FILING DATE: 05-20-2005 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| CITIZENS BANK OF RHODE ISLAND | BPL | Snow,Steven E | AOR |
| QWEST COMMUNICATIONS CORPORATI | BDF | Unknown,Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|
| LSB | 05-20-2005 | | | |
| COMPLAINT FILED | | | | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island