UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITIZENS BANK OF RHODE ISLAND,<br>Plaintiff,<br><br>v.<br><br>QWEST COMMUNICATIONS CORPORATION,<br>Defendant. | [redacted] 05 249S<br><br>C.A. No. |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant, Qwest Communications Corporation ("Qwest"), hereby moves that David B. Chaffin be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. The case involves legal questions under the law of New York, and Mr. Chaffin is a member of the New York bar and is familiar with New York law on these questions.

2. Mr. Chaffin has represented Qwest for many years.

WHEREFORE, Qwest respectfully requests that David B. Chaffin be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below.

Dated: June 5, 2005

QWEST COMMUNICATIONS CORPORATION,

By its Attorneys,

JAMES H. REILLY #0658
DONALD MARONEY # 3737
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397 (Facsimile)

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

1. I certify that I am a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New York and the following federal district court bars, the District of Massachusetts and the Southern District of New York, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am currently admitted in the following case in the Rhode Island Superior Court: John A. Walsh v. John B. Wise, Burkhard Rhode Island Development, LLC, and Burkhard Corporation, C.A. No. PB05-571 (Providence Superior Court).

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set forth in Local

Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Dated: June 8, 2005

DAVID B. CHAFFIN
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

## CERTIFICATION OF LOCAL ASSOCIATE COUNSEL

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Dated: June 7, 2005

JAMES H. REILLY #0658
DONALD MARONEY # 3737
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397 (Facsimile)

391006.0607

**ORDER:**

This motion is hereby ____________________.

______________________________
U.S. District Judge

Date:__________________________

***CERTIFICATION***

TO: Steven E. Snow, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street
Boston, MA 02110-1701

I hereby certify that I mailed a true copy of the within to the above counsel of record by first class mail, postage prepaid, on the 9th day of June, 2005.

______________________