STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

**Case ID:** PC-2005-2570 CITIZENS BANK OF RHODE ISLAND V QWEST COMMUNICAT

**Filing Date:** 05-20-2005
**Case Status:** CLOSED DURING DISCOVERY

**Case Type:** DECLARATORY JUDGMENT
**Status Date:** 06-21-2005

**Plaintiff:** CITIZENS BANK OF RHODE ISLAND
ID: @10251364
**Attorney:** STEVEN SNOW

**Defendant:** QWEST COMMUNICATIONS CORPORATION
ID: @10264058
**Attorney:** UNKNOWN ATTORNEY

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-20-2005 | COMPLAINT FILED | |
| 05-20-2005 | COMPLAINT FILED | |
| 06-02-2005 | SUMMONS,PROOF OF SERVICE FILED | QWEST COMMUNICATIONS |
| 06-16-2005 | AFFIDAVIT FILED | IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT<br>Affiliated: SNOW, STEVEN E |
| 06-16-2005 | REQUEST | FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(A)<br>Affiliated: CITIZENS BANK OF RHODE ISLAND |
| 06-20-2005 | DEFAULT ENTERED | AGAINST DFT<br>Affiliated: CITIZENS BANK OF RHODE ISLAND |
| 06-21-2005 | NOTICE OF REMOVAL | Affiliated: QWEST COMMUNICATIONS CORPORATION |
| 06-21-2005 | OTH DOC FILED DURING DISCOV | |
| 06-21-2005 | CASE REMVD TO US DISTRICT CT | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island