UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CITIZENS BANK OF RHODE ISLAND
Plaintiff(s)

v. C.A. No. 05-249S

QWEST COMMUNICATIONS CORPORATION
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/Defendant QWEST COMMUNICATIONS CORP. hereby moves that David B. Chaffin be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which __________ counsel specializes:
- David B. Chaffin counsel's long-standing representation of the client: QWEST COMMUNICATIONS CORPORATION
- The local trial bar lacks experience in the field of: ____________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which Attorney Chaffin counsel is familiar, specifically : Law of New York in which Attorney Chaffin is a member of the New York bar and is familiar with New York law on the issues raised in this action.
- The case requires extensive discovery in a foreign jurisdiction convenient to __________ counsel, as follows:____________________.
- It is a criminal case, and__________ counsel is defendant's counsel of choice.
- Other:____________________.

(Plaintiff/~~Defendant~~)
By: Donald A. Maroney
Attorney for Qwest Communications Corporation.

DATED: July 11, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and New York and of the following Federal District Court and/or Court of Appeals Bar(s) United States District Court for the Southern District of New York and the District of Mass.; United States District Court of Appeals for the First Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided). Rhode Island Superior Court: John A. Walsh v. John B. Wise, Burkhard Rhode Island Development, LLC and Burkhard Corporation, C. A. No. PB05-571

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| David B. Chaffin<br>Name | Donald J. Maroney<br>Local Associate Counsel |
| | 3737<br>R.I. Bar ID # |
| Hare & Chaffin<br>Firm Name | Kelly, Kelleher, Reilly & Simpson<br>Firm Name |
| 160 Federal Street<br>Boston, MA 02110<br>Business Address | 146 Westminster Street, Suite 500<br>Providence, RI 02903<br>Business Address |
| (617) 330-5000 Tel. #   (617) 330-1996 Fax # | 272-1312 Tel. #   331-9397 Fax # |

---

**Order :** This motion is hereby __________________.

____________________
U.S. District Judge
Date: ________________

pro hac vice motion (rev.3/05)

***CERTIFICATION***

TO: Steven E. Snow, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street
Boston, MA 02110-1701

I hereby certify that I mailed a true copy of the within to the above counsel of record by first class mail, postage prepaid, on the 11th day of July, 2005.

____________________________

FILED