UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CITIZENS BANK OF RHODE ISLAND

v.

CA 05-249S

QWEST COMMUNICATIONS CORPORATION

NOTICE OF SETTLEMENT CONFERENCE
and
SETTLEMENT CONFERENCE ORDER

The above matter has been referred to Magistrate Judge Lincoln D. Almond for a settlement conference. **The conference will be held on October 6, 2005 at 2:00 P.M.** It will be held in **Room 208**, John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island. The attorneys who will be lead counsel during the trial of the case shall appear at the Settlement Conference **with the parties and with the person or persons having full authority to negotiate and to settle the case** on any terms at the conference.

**At least five (5) court days before the Settlement Conference the parties shall exchange, and deliver to Magistrate Judge Almond, a Settlement Conference Statement, which should not be filed with the Clerk of the Court.**

The Settlement Conference Statement shall include the following:

1. A brief statement of the facts of the case, and of the claims and defenses, i.e., the statutory or other grounds upon which the claims are founded. This statement should identify the major factual and legal issues in dispute.

2. An itemized statement of the damages claimed, and of any other relief sought.

3. A brief summary of the proceedings to date.

4. A history of past settlement discussions, offers and demands. If no discussion have taken place, the Court directs the attorneys to discuss settlement, and exchange demands and offers prior to

the settlement conference.

At the settlement conference the parties, by counsel, shall give a brief (5 - 10 minute) presentation outlining the factual and legal highlights of their case. Confidential caucuses may be held with each party and the party's representative(s).

Any failure of the trial attorneys, parties or persons with authority to attend the conference may result in sanctions to include the fees and costs expended by the other parties in preparing for and attending the conference. Failure to timely deliver a Settlement Conference Statement may also result in sanctions.

ENTER:

LINCOLN D. ALMOND
U.S. Magistrate Judge
August 8, 2005