PARTRIDGE
SNOW & HAHN LLP
COUNSELORS AT LAW

Lisa M. Martinelli
lmm@psh.com

October 3, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

The Honorable Magistrate Judge Lincoln D. Almond
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: Citizens Bank of Rhode Island v. Qwest Communications Corporation
C.A. No. 05-249 S

Dear Judge Almond:

Please be advised that the parties are close to full and complete settlement of the above-referenced matter. However, there is a settlement conference scheduled before you on October 6, 2005 at 2:00 p.m. The parties request that this conference be continued pending their final execution of the circulated Settlement Agreement and Stipulation of Dismissal. In the event that these documents are not signed in the next two weeks, we would like to utilize your services to assist in full settlement.

Please advise whether this requested continuance is agreeable to the Court.

Thank you.

Very truly yours,

Lisa M. Martinelli

LMM/tlc

cc: James H. Reilly, Esq.
David B. Chaffin, Esq.

820878_1/965-1122

10/4/05: CONTINUANCE GRANTED. COUNSEL TO REPORT STATUS BY 10/21/05.
LDA