**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 21 2005
Property of U.S. District Court
District of Rhode Island

CITIZENS BANK OF RHODE ISLAND,
Plaintiff

v.

QWEST COMMUNICATIONS CORPORATION,
Defendant

C.A. No. 05-249 S

**STIPULATION OF DISMISSAL**

Now come the parties to the above-captioned action and hereby stipulate that the complaint and counterclaim be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

CITIZENS BANK OF RHODE ISLAND

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Melissa E. Darigan (#4792)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
DATED: October 21, 2005

QWEST COMMUNICATIONS CORPORATION

By Its Attorneys,

KELLY, KELLEHER, REILLY & SIMPSON

Donald Maroney (LMM 6350)

James H. Reilly (#0658)
Donald Maroney (#3737)
146 Westminster Street
Suite 500
Providence, RI 02903
(401) 272-1312

DATED: October 21, 2005

HARE & CHAFFIN

David Chaffin (LMM 6350)

David B. Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000
DATED: October 21, 2005

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 10/25/05

819047_1/965-1122